# THE MARKS LAW FIRM, P.C.

June 7, 2022

**Via ECF:**
Honorable Lewis J. Liman, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

      **RE:** **LOPEZ v. KRISPY KREME DOUGHNUT CORPORATION**
             Index: **19-cv-09859-LJL**
             **NOTICE OF SETTLEMENT**

Dear Judge Liman:

      The undersigned represents **VICTOR LOPEZ**, ("Plaintiff") in the above referenced matter against Defendant, **KRISPY KREME DOUGHNUT CORPORATION**, ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

      Respectfully Submitted,

      The Marks Law Firm, P.C.

By: _____
      Bradly G. Marks

CC: all counsel of record via ECF

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com